[No. 6619–1.   Division One.   May 7, 1979.]

ROBERT JACOBS, *Appellant,* v. DONALD TIDRINGTON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Skagit County, No. 36986, Walter J. Deierlein, Jr., J., entered May 22, 1978. *Affirmed* by unpublished opinion per Dore, J., concurred in by Swanson, A.C.J., and James, J.

[No. 6780–1.   Division One.   May 7, 1979.]

TOM BLY, *Respondent,* v. THE CITY OF EDMONDS, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 142625, Howard A. Patrick, J., entered July 20, 1978. *Reversed* by unpublished opinion per Williams, J., concurred in by Farris and Ringold, JJ.

[No. 7143–1.   Division One.   May 7, 1979.]

EMMON LEE, ET AL, *Petitioners,* v. LOCKHEED AIRCRAFT CORPORATION, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 842385, Frank D. Howard, J., entered October 10, 1978. *Granted* by unpublished per curiam opinion.